Abran E. Vigil
Nevada Bar No. 7548
Matthew D. Lamb
Nevada Bar No. 12991
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
lambm@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and FIDEL H. PAJARILLO, an individual;<br><br>Defendants. | CASE NO.: 2:17-cv-00074<br><br>**NOTICE OF LIS PENDENS** |

**NOTICE IS HEREBY GIVEN** that in the pending, above-entitled action (the "Action"), Plaintiff JPMorgan Chase Bank, N.A. ("Plaintiff") asserts claims for quiet title and unjust enrichment against Defendant SFR Investments Pool 1, LLC.[1]

This Action relates to the parties' rights in that certain real property commonly described as 4856 La Cumbre Drive, Las Vegas, Nevada 89147; APN 163-21-818-047 (the "Property"). The Property is legally described as follows:

---

[1] The Action does not assert claims against the Rancho Las Brisas Master Homeowners Association or Fidel H. Pajarillo, who are named only as necessary parties.

DMWEST #14605427 v1

THE FEE SIMPLE TITLE TO LOT NINE (9) IN BLOCK TWENTY-TWO (22) IN RANCHO LAS BRISAS R-2 NO. 3 AS SHOWN ON PLAT RECORDED MAY 23, 1995 ON FILE IN BOOK 68 OF PLATS, PAGE 7, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

EXCEPT ALL OIL, ASPHALTUM, PETROLEUM, NATURAL GAS AND OTHER HYDROCARBONS AND OTHER VALUABLE MINERAL SUBSTANCES AND PRODUCTS, AND ALL OTHER MINERALS WHETHER OR NOT OF THE SAME CHARACTER HEREINABOVE GENERALLY DESCRIBED, IN OR UNDER SAID LAND AND LYING AND BEING AT A VERTICAL DEPTH OF 500 OR MORE FEET BELOW THE PRESENT NATURAL SURFACE OF THE GROUND, BUT WITHOUT RIGHT OF ENTRY ON THE SURFACE OR WITHIN A VERTICAL DEPTH OF 500 FEET BELOW THE PRESENT NATURAL SURFACE OF THE GROUND.

Plaintiff seeks to establish the continued validity of its security interest in the Property.

Dated: January 9, 2017.

BALLARD SPAHR LLP

By: /s/ Matthew D. Lamb
    Abran E. Vigil
    Nevada Bar No. 7548
    Matthew D. Lamb
    Nevada Bar No. 12991
    Holly Ann Priest
    Nevada Bar No. 13226
    100 North City Parkway, Suite 1750
    Las Vegas, Nevada  89106

*Attorneys for Plaintiff*