Abran E. Vigil
Nevada Bar No. 7548
Matthew D. Lamb
Nevada Bar No. 12991
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
lambm@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and FIDEL H. PAJARILLO, an individual;<br><br>Defendants. | CASE NO.: 2:17-cv-00074<br><br>**NOTICE OF RELATED CASES** |

Pursuant to LR 42-1(a), please take notice that this case is related to <u>Pajarillo v. SFR Invs. Pool 1, LLC (In re Pajarillo)</u>, No. 2:13-cv-01935-RCJ (the "Bankruptcy Appeal"). The four parties to this case are also parties to the Bankruptcy Appeal. In addition, both cases involve the property located at 4856 La Cumbre Drive, Las Vegas, Nevada 89147, APN 163-21-818-047.

DMWEST #14605427 v1

1     Dated: January 9, 2017.

BALLARD SPAHR LLP

By: /s/ Matthew D. Lamb
    Abran E. Vigil
    Nevada Bar No. 7548
    Matthew D. Lamb
    Nevada Bar No. 12991
    Holly Ann Priest
    Nevada Bar No. 13226
    100 North City Parkway, Suite 1750
    Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

BALLARD SPAHR LLP
100 N. CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #14605427 v1      2