AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| JPMorgan Chase Bank, N.A., a national banking association <br><br> *Plaintiff(s)* <br><br> v. <br><br> SFR Investments Pool 1, LLC, a Nevada limited liability company; Rancho Las Brisas Master Homeowners Association, a Nev. non-profit corporation; and Fidel H. Pajarillo, an individual <br><br> *Defendant(s)* | Civil Action No. 2:17-cv-00074-JCM-PAL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SFR Investments Pool 1, LLC
c/o Registered Agent
Paracorp Incorporated
318 N. Carson Street, #208
Carson City, Nevada 89701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Abran E. Vigil, Esq.
Matthew D. Lamb, Esq.
Ballard Spahr LLP
100 N. City Parkway, Suite 1750
Las Vegas, Nevada 89106
(702) 471-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(By) DEPUTY CLERK*

DATE: 1/9/2017

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| JPMorgan Chase Bank, N.A., a national banking association<br><br>*Plaintiff(s)*<br>v.<br>SFR Investments Pool 1, LLC, a Nevada limited liability company; Rancho Las Brisas Master Homeowners Association, a Nev. non-profit corporation; and Fidel H. Pajarillo, an individual<br><br>*Defendant(s)* | Civil Action No.  2:17-cv-00074-JCM-PAL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rancho Las Brisas Master Homeowners Association
c/o Registered Agent
Nevada Community Management, LLC
9440 W. Sahara, #237
Las Vegas, Nevada 89117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Abran E. Vigil, Esq.
Matthew D. Lamb, Esq.
Ballard Spahr LLP
100 N. City Parkway, Suite 1750
Las Vegas, Nevada 89106
(702) 471-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*(signature)*
(By) DEPUTY CLERK

DATE  1/9/2017

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| JPMorgan Chase Bank, N.A., a national banking association<br><br>*Plaintiff(s)*<br>v.<br>SFR Investments Pool 1, LLC, a Nevada limited liability company; Rancho Las Brisas Master Homeowners Association, a Nev. non-profit corporation; and Fidel H. Pajarillo, an individual<br>*Defendant(s)* | Civil Action No. 2:17-cv-00074-JCM-PAL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Fidel H. Pajarillo, an individual
6706 Zephyr Wind Avenue
Las Vegas, Nevada 89139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Abran E. Vigil, Esq.
Matthew D. Lamb, Esq.
Ballard Spahr LLP
100 N. City Parkway, Suite 1750
Las Vegas, Nevada 89106
(702) 471-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*(signature)*
(By) DEPUTY CLERK

DATE  1/9/2017