Diana Cline Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association, | Case No. 2:17-cv-00074-JCM-PAL |
| Plaintiff, | **ORDER GRANTING MOTION TO SERVE FIDEL H. PAJARILLO BY PUBLICATION** |
| vs. | **-and-** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; FIDEL H. PAJARILLO, an individual, | **ORDER GRANTING MOTION TO ENLARGE TIME TO SERVE SUMMONS AND CROSS-CLAIM** |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter/Cross Claimant, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A., a national banking association; FIDEL H. PAJARILLO, an individual, | |
| Counter/Cross Defendants. | |

Upon reading the Affidavit of Due Diligence; it appearing that an Answer, Counterclaim, and Cross-Claim has been filed; that a Summons directed to Cross-Defendant, FIDEL H.

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

1  PAJARILLO has been issued [ECF No. 24]; that Cross-Defendant, Pajarillo is a necessary party;

2  and that Cross-Defendant Pajarillo cannot be found to be personally served in the State of Nevada,

3  and good cause appearing therefore,

4       **IT IS HEREBY ORDERED** that since the Cross-Defendant, FIDEL H. PAJARILLO,

5  cannot now be found so as to be personally served, he may be served by publication of the

6  Summons at least once a week for four (4) weeks in the Nevada Legal News, a newspaper of

7  general circulation.

8       **IT IS FURTHER ORDERED** that a copy of the Summons and Answer, Counterclaim,

9  and Cross-Claim shall be mailed forthwith to Cross-Defendant Pajarillo, first class mail, postage

10  prepaid, addressed to the Cross-Defendant's last known address.

11       **IT IS FURTHER ORDERED** that SFR's Motion to Enlarge Time to Serve is GRANTED

12  and the time for service is extended by an additional 60 days from the date of this order is entered

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

to allow SFR Investments Pool 1, LLC ("SFR") to effectuate service by publication.

Dated this 13th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KIM GILBERT EBRON**

*/s/Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:     (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*