1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association, | Case No. 2:17-cv-00074-JCM-PAL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; FIDEL H. PAJARILLO, an individual, | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter/Cross Claimant, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A., a national banking association; FIDEL H. PAJARILLO, an individual, | |
| Counter/Cross Defendants. | |

PLEASE TAKE NOTICE that SFR Investments Pool 1, LLC and JPMorgan Chase Bank, N.A. have settled all claims as between them in this matter, which in turn has resulted in a

- 1 -

settlement of all issues in the case. The parties are in the process of performing their respective aspects of the settlement and will be filing a stipulation and dismissal once fully performed. It is anticipated that the settlement process will be completed within sixty (60) days of the date of this notice. SFR respectfully requests this Court stay entry of the Judgment in this case to allow for the dismissal of the case.

DATED this 31st day of July, 2018.

**KIM GILBERT EBRON**

*/s/ Jacqueline A. Gilbert*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**IT IS ORDERED** that the settling parties shall have until **October 1, 2018** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

Dated this 2nd day of August, 2018.

Peggy A. Leen
United States Magistrate Judge

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2018, pursuant to FRCP 5, I served via the CM-ECF electronic filing system a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** to the following parties:

Abran E. Vigil, Esq.
Holly Priest, Esq.
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
E-Mail: vigila@ballardspahr.com
       priesth@ballardspahr.com
*Attorney for Plaintiff,*
*JPMorgan Chase Bank, N.A.*

Matthew David Lamb, Esq.
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
E-Mail: lambm@ballardspahr.com
*Attorney for Plaintiff,*
*JPMorgan Chase Bank, N.A.*

Robert S. Larsen, Esq.
Wing Yan Wong, Esq.
Gordon & Rees LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101-6005
E-Mail: rlarsen@gordonrees.com
       wwong@gordonrees.com
*Attorney for Defendant,*
*Rancho Las Brisas Master Homeowners Association*

                                                */s/ Chantel Schimming*
                                                an employee of KIM GILBERT EBRON

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301