DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
 Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; FIDEL H. PAJARILLO, an individual,<br><br>Defendants.<br><hr>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; FIDEL H. PAJARILLO, an individual,<br><br>Counter/Cross Defendants. | Case No. 2:17-cv-00074-JCM-BNW<br><br>**JUDGMENT BY DEFAULT AGAINST FIDEL H. PAJARILLO** |

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") Application

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

for Judgment by Default against Fidel H. Pajarillo ("Pajarillo" or "Cross-Defendant"). Having considered the application, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1.    On April 12, 2017, SFR filed a Cross-Complaint [ECF No. 21] for quiet title and injunctive relief against Pajarillo, relating to real property located at **4856 La Cumbre Drive, Las Vegas, Nevada 89147; Parcel No. 163-21-818-047** ("the Property").

2.    Pajarillo failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against Pajarillo on July 18, 2019.

3.    Pajarillo is not incompetent, an infant, or serving in the United States military.

4.    SFR submitted credible evidence in support of its application in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Pajarillo.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Pajarillo, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

///
///
///
///
///
///
///
///
///
///

- 2 -

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims against, or the defenses of, any other party to this case.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated:_____January 16, 2020_____

*Respectfully submitted by:*
**KIM GILBERT EBRON**

_/s/ Jason G. Martinez_____
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 14th day of January, 2020.

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301